**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Charles Edward SMITH, Petitioner**

**No. 144 MAL 2017**

Supreme Court of Pennsylvania.

August 8, 2017

## ORDER

PER CURIAM

**AND NOW**, this 8th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.